UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M.M. individually and on behalf of
M.M. II, a minor; J.M. individually
and on behalf of M.M. II, a minor,

               Plaintiffs,

vs.                       Case No.  2:05-cv-7-FtM-29SPC

School Board of Lee County, Florida;
Vivian Posey,

               Defendants.

_____

**OPINION AND ORDER**

_____This matter comes before the Court on an Amended Report and Recommendation (Doc. #111) filed on July 7, 2008.  On July 21, 2008, the Plaintiff-parents filed Objections and Supplemental Filings (Doc. #114) in opposition to the Amended Report and Recommendation, and on July 28, 2008 the plaintiff-parents filed a Notice of Filing of Missing Record of Transcript of Vivian Posey (Doc. #115).  On August 8, 2008, defendants filed their Opposition to Parents' Objections (Doc. #116).

On March 27, 2007, the Court filed an Opinion and Order (Doc. #67) finding in favor of defendant School Board of Lee County as to Counts 1, 2, and 3 of the Complaint (Doc. #1).[1]  On May 2, 2008,

_____

[1]The Court also found in favor of the School Board of Lee County as to the Amended Complaint (Doc. #7) in related Case No.

                              (continued...)

the parents filed Parents' Motion to Amend Complaint (Doc. #105). The Amended Report and Recommendation recommended that this motion to amend be denied, and that the remaining counts of the original Complaint be dismissed.  The matter is presently before the Court on objections to the Amended Report and Recommendation.

A district judge may accept, reject or modify the magistrate judge's report and recommendation, and utilizes a *de novo* standard to review matters of law and matters in the Amended Report and Recommendation to which objections have been filed.  28 U.S.C. § 636(b)(1).  The Court has carefully reviewed the rather voluminous record in this case, and agrees with the Amended Report and Recommendation.  Therefore, the Amended Report and Recommendation will be adopted.

Accordingly, it is now

**ORDERED:**

1.   The Amended Report and Recommendation (Doc. #111) is **adopted.**

2.   Plaintiff's Motion to Amend/Correct Complaint (Doc. #105) is **DENIED.**

3.   Counts 4, 5, 6, 7, 8, and 9 of the Complaint (Doc. #1) are **DISMISSED.**

---

[1](...continued)
2:05-cv-5-FtM-29SPC.

4.   The Clerk of the Court shall enter judgment in favor of defendant School Board of Lee County, Florida as to Counts 1, 2, and 3 of the Complaint (Doc. #1) pursuant to the Opinion and Order (Doc. #67) and dismiss Counts 4 through 9 the Complaint (Doc. #1) pursuant to the instant Opinion and Order.

5.   The Clerk of the Court is further directed to terminate any pending matters and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of September, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of record
M.M.; J.M.